JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD DALE BENNETT, | Case No. CV 24-0046-AH (PVC) |
| Petitioner | |
| v. | **JUDGMENT** |
| EDWARD BORLA, Warden, | |
| Respondent. | |

Pursuant to the Court's Order Accepting Report and Recommendation of United States Magistrate Judge, IT IS ADJUDGED that the Petition, all pending motions, and a Certificate of Appealability are **DENIED**, and this action is **DISMISSED** with prejudice.

IT IS SO ORDERED.

Dated: April 7, 2025

_____
ANNE HWANG
United States District Judge